JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TINA M. COLELLA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DAVID RIDDICK, et al.,<br><br>　　　　Defendants. | Case No.: 2:22-cv-09132-HDV-PVC<br>Assigned to: Hon. Hernan D. Vera<br><br>[~~PROPOSED~~] JUDGMENT<br><br>Case Filed: December 16, 2022<br>Trial Date: Stayed |

　　In light of defendant Fenton Charter Public Schools' offer of judgment pursuant to Federal Rule of Civil Procedure 68, and plaintiff Tina M. Collella's acceptance thereof, the Court hereby enters judgment as follows:

　　Judgment in favor of plaintiff Tina M. Colella and against defendant Fenton Charter Public Schools, in the sum of $60,000.00, which sum shall include all costs and attorney fees otherwise recoverable in this action.

　　**IT IS SO ORDERED.**

Dated: 7/9/24

　　　　　　　　　　　　　　　　　　　　Hernan D. Vera
　　　　　　　　　　　　　　　　　　　　United States District Judge